# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>      Plaintiff,<br><br>  v.<br><br>MARIO NAWAZ et al.,<br><br>      Defendants. | Case No. 2:20-cv-10448-SVW (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

  In accordance with 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation (R&R) to grant Defendants' motions to dismiss Plaintiff's second amended complaint, any pertinent records as needed, and Plaintiff's objections (ECF 79).  The Court has reviewed de novo those identifiable portions of the R&R to which Plaintiff has timely and properly objected.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

  In doing so, the Court has declined to consider any arguments raised for the first time only in the objections.  *See United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000).  It has also declined to consider objections that simply repeat arguments fully addressed but rejected in the R&R.  *See Trejo Perez v. Madden*, 2020 WL 1154807, at *1 (E.D. Cal. Mar. 10, 2020) (objections that "merely repeat[] the same arguments . . . considered and found to be insufficient" require no review since they "do not meaningfully

dispute the magistrate judge's findings and recommendations"); *Hagberg v. Astrue*, 2009 WL 3386595, at *1 (D. Mont. Oct. 14, 2009) ("Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case."). Finally, the Court has declined to consider any blanket or boilerplate objection to the final disposition recommended in the R&R. *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).

Concluding that nothing in Plaintiff's objections affects the material findings and conclusions in the R&R, the Court accepts the recommendation and orders that Plaintiff's Second Amended Complaint be DISMISSED without leave to amend. Judgment dismissing this action with prejudice will be entered accordingly. Any outstanding requests (ECF 78, 80) are DENIED as moot.

IT IS SO ORDERED.

DATED: September 8, 2022

STEPHEN V. WILSON
U.S. DISTRICT JUDGE