JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>              Plaintiff,<br><br>     v.<br><br>MARIO NAWAZ et al.,<br><br>             Defendants. | Case No. 2:20-cv-10448-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: September 8, 2022

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE